EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>María G. Chévere Mouriño | 2021 TSPR 5<br><br>205 DPR _____ |

Número del Caso:  TS-9,791


Fecha:  21 de enero de 2021


Abogada de la parte peticionaria:

     Por Derecho Propio


Programa de Educación Jurídica Continua:

   Lcda. María Cecilia Molinelli González


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

María G. Chévere Mouriño                    TS-9,791


RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de enero de 2021.

Examinada la *Moción en solicitud de reinstalación al ejercicio de la abogacía* presentada por la peticionaria y la *Certificación* del Programa de Educación Jurídica Continua (PEJC), se reinstala a la Lcda. María G. Chévere Mouriño al ejercicio de la abogacía.

Se le apercibe a la licenciada Chévere Mouriño que, en el futuro, cualquier incumplimiento con las órdenes de este Tribunal podría conllevar una sanción disciplinaria de suspensión más prolongada.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo